193792

RECEIVED
U.S. MARSHALS SERVICE
JUL 27 2005
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RAYMOND CLARK

**WARRANT FOR ARREST**

CASE NUMBER: 1:01-CR-096-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAYMOND CLARK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara L. Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Providence, RI on 7/26/05
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 53 Salmon St, Providence, RI by USMS D/RI | | |
| DATE RECEIVED 07/27/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/10/2005 | | |

Electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.