**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR01-96-01ML** **DATE: August 10, 2005**

**TITLE: USA v. Raymond Clark**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Ken Madden, AUSA
Ed Roy, Esq.
Kate Hopkins, USPO

**PROCEEDINGS:**

Probation Violation Hearing:

Deft informed of violations.
Govt moves to dismiss Violation #3.
Court grants request.
Deft informed of rights.
Deft understands rights and violations.
Deft admits violations.
Govt recommends penalty.
Deft recommends penalty.
Govt requests detention.
No argument.
Deft remanded to custody.
Court takes under advisement.
R&R to follow.