AO 458 (Rev. 10/95) Appearance

# United States District Court

*District of Rhode Island*

USA

v.

Raymond Clark

APPEARANCE

CASE NUMBER: CR01-96-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Raymond Clark

I certify that I am admitted to practice in this court.

8-10-05

*Date*

[signature]

*Signature*

Edward C. Roy

*Print Name* *Bar Number*

10 Weybosset St

*Address*

Providence RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher