UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 01-096ML DATE: September 21, 2005**

**TITLE: USA v. Raymond Clark**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: AUSA Kenneth P. Madden - Govt**
**Edward C. Roy, Jr. - for Defendant**
**Kate Hopkins - U.S. Probation**

**PROCEEDINGS:**

**An R&R has issued from USMJ Lincoln D. Almond. No objections have been filed to that R&R. Govt makes its sentencing recommendations; defense responds. Deft waives his right of allocution.**

**Court questions the deft and imposes sentence:**
**8 mos' imprisonment, followed by 28 mos' supervised release.**
**Special conditions of s/r: within 72 hours of release from incarceration, the deft is to report to probation in order to commence participation in an inpatient substance-abuse treatment program. After completion of same, the deft shall participate in an outpatient substance-abuse treatment program, to include periodic testing [up to 72 drug tests per year]. Deft is also ordered to seek & maintain employment in order to fulfill his child-support obligations.**

**Deft is advised of his right of appeal. Deft is remanded.**