ROB12C
2/02)

# United States District Court
**for**
## The District of Rhode Island

**Petition for Warrant for Offender Under Supervision**

**Name of Offender:** Raymond Clark **Case Number:** 1:01CR00096-01ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** June 6, 2002

**Original Offense:** Cts. 1&2: Knowingly and Intentionally Distributing Ecstacy, a Schedule I Controlled Substance, in violation of Title 21, U.S.C. Section 841(1)(1) and (b)(1)(C).

**Original Sentence:** 41 months to serve, Counts 1 and 2 to be served concurrently with each other. Three years supervised release with the special conditions that the defendant participate in and satisfactorily complete a program approved by the United States Probation Office for treatment of substance abuse which will include periodic testing for the detection of substance use or abuse and the defendant shall actively seek and maintain employment in order that he may fulfill his child support obligations.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** December 28, 2004

**Assistant U.S. Attorney:** Kenneth P. Madden **Defense Attorney:** Edward C. Roy

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** September 21, 2005

**Violation Offense(s):** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. The defendant shall support his or her dependents and meet other family responsibilities. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. The defendant shall participate in an outpatient program approved by the Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

**Violation Sentence:** 8 months incarceration, 28 months supervised release. Special Conditions of supervision include that within 72 hours of release from incarceration the defendant shall report to the U.S. Probation Office to commence an inpatient program for substance abuse treatment, the defendant shall participate in and satisfactorily complete an outpatient/inpatient program approved by the U.S. Probation Office for treatment of substance abuse, which shall include periodic testing (up to 72 tests per year), for the detection of substance use or abuse, and the defendant shall actively seek and maintain employment in order to fulfill his child support obligations.

**Date Supervision Recommenced:** April 7, 2006

## PETITIONING THE COURT

☒ To issue a **Warrant**

'he probation officer believes that the offender has violated the following condition of supervision:

| **Condition Violated** | **Nature of Noncompliance** |
|---|---|
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance."** On July 4, 2006, Raymond Clark possessed a controlled substance, crack cocaine, and operated a motor vehicle upon a public highway without first having obtained a driver's license. |

**J.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant, to be lodged as a detainer, so that the defendant can appear and answer to the alleged violations upon his release from state custody.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 7/20/06

I declare under the penalty of perjury that the foregoing is true and correct:

Kathleen M. Hopkins
U.S. Probation Officer

Date: 7/20/06

## 'he Court Orders

] No Action
✓ The Issuance of a Warrant
] The Issuance of a Summons
] Other

Honorable Mary M. Lisi
U.S. District Judge

July 20, 2006
Date