AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

US
v.
Raymond Clark

## APPEARANCE

Case Number: CR01-96-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Raymond Clark

I certify that I am admitted to practice in this court.

7-26-6
Date

Signature

K.J. Fitzgerald 5725
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number