IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. 01-096ML
)
RAYMOND CLARK )

**GOVERNMENT'S OBJECTION TO REPORT AND RECOMMENDATION**

Comes now the United States of America, by and through its Attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant United States Attorney, and objects to the Report And Recommendation of United States Magistrate Judge Lincoln D. Almond dated July 28, 2006 for the reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
First Assistant U.S. Attorney
RI Bar #1680

**CERTIFICATION OF SERVICE**

I hereby certify that on this 1st day of August, 2006, I filed and served by electronic notification, the within Government's Objection To Report And Recommendation, and accompanying memorandum, to the following:

Kevin J. Fitzgerald
Edward C. Roy
Assistant Federal Defenders
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ JOAN MAUL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. 01-096ML
)
RAYMOND CLARK )

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF**
**ITS OBJECTION TO REPORT AND RECOMMENDATION**

Magistrate Judge Lincoln D. Almond has recommended that the defendant be sentenced to a twelve-month term of imprisonment, a sentence below the defendant's advisory guidelines range of sixteen months. This recommendation of the Magistrate Judge is predicated upon the defendant's willingness to admit violation, the defendant's history of substance abuse, and the nature of the new offense involving possession of cocaine and not cocaine trafficking. The government recommends a sixteen-month period of incarceration.

While the government does not quarrel with the findings of the Magistrate Judge, the government contends a sentence of sixteen months is a more appropriate sentence. As the Magistrate Judge noted, this is the second violation for this defendant. The defendant's supervised release commenced on December 28, 2004. The first violation petition was submitted to the Court on or about July 25, 2005. That submission resulted from a series of supervised release violations committed by the defendant beginning March 1, 2005 and continuing through July 18, 2005. With respect to the instant violation, supervision commenced on April 7, 2006. The defendant committed his latest offense on July 4, 2006.

The Magistrate Judge's reasoning notwithstanding, the defendant's pattern of conduct calls for a sixteen-month sentence.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
First Assistant U.S. Attorney
R.I. Bar # 1680

**CERTIFICATION OF SERVICE**

I hereby certify that on this 1st day of August, 2006, I filed and served by electronic notification, the within Government's Objection To Report And Recommendation, and accompanying memorandum, to the following:

Kevin J. Fitzgerald
Edward C. Roy
Assistant Federal Defenders
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ JOAN MAUL