UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-0096ML |
| | ) | |
| RAYMOND CLARK | ) | |

OBJECTION TO REPORT AND RECOMMENDATION

Now comes Raymond Clark, the Defendant in the above captioned matter, by and through counsel, and objects to the Report And Recommendation of United States Magistrate Judge Lincoln D. Almond dated July 28, 2006 for the reasons stated in the accompanying memorandum.

Respectfully Submitted
Raymond Clark,
By and through his counsel

/s/ Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that on this 2nd day of August, 2006, I filed and served by electronic notification the within motion and accompanying memorandum to AUSA Kenneth Madden, 50 Kennedy Plaza, 8th Floor, Providence 02903.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR01-0096ML |
| | ) | |
| RAYMOND CLARK | ) | |

---

MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO REPORT AND RECOMMENDATION

Magistrate Judge Almond recommended that Mr. Clark serve twelve months in prison for violating the conditions of his supervised release. While this is a recommendation below the advisory guideline range, Mr. Clark asks the Court to instead impose a sentence of twelve months and one day. The additional day allows Mr. Clark to accrue "good time" credit during his sentence provided he is complying with the BOP constructs of his confinement. Mr. Clark is a cocaine addict who has had some success with treatment. He completed an in patient substance abuse program in June, 2006, which was part of his supervised release. Unfortunately, but predictably, Mr. Clark relapsed and was arrested with cocaine in his possession. Mr. Clark recognizes that he is an addict and that he will need to conquer his addiction if he hopes to remain out of prison. A sentence of twelve months and one day addresses both punishment for his violation, as well as holding out the carrot for his conforming conduct in the BOP system.

Respectfully Submitted
Raymond Clark,
By and through his counsel

/s/ Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that on this 2nd day of August, 2006, I filed and served by electronic notification the within memorandum to AUSA Kenneth Madden, 50 Kennedy Plaza, 8th Floor, Providence 02903.

/s/ Kevin J. Fitzgerald