UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 01-CR-96ML |
| RAYMOND CLARK | : | |

MOTION TO CONTINUE SENTENCING

NOW COMES the defendant and moves this Honorable Court to continue his sentencing currently scheduled for August 24, 2006 at 2:00 p.m. As grounds for this request, counsel states that he has a follow-up medical appointment relating to his recent surgery scheduled at 2:00 on that date.

WHEREFORE, counsel requests that this matter be continued to a time that is convenient with the Court's schedule.

RAYMOND CLARK
By his Attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 18th day of August, 2006, I filed and served by electronic notification, the within motion to James Leavey, AUSA, Office of the United States Attorney 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and by hand-delivery to Kate Hopkins, USPO, United States District Court, Office of the Probation Officer, District of Rhode Island Two Exchange Terrace, Providence, RI 02903.

/s/ Kevin J. Fitzgerald