AO 245D (Rev. 6/05) Judgment in a Criminal Case for Revocation - Sheet 1

RECEIVED

SEP 1 5 2006

US MARSHALS
RHODE ISLAND

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
RAYMOND CLARK

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**

Case Number: **1:01CR00096-01ML**

USM Number: **03971-070**

**Kevin J. Fitzgerald, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) _ of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | **"While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance."** | **July 4, 2006** |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-7225

Defendant's Date of Birth: 1971

Defendant's Residence Address:
**Providence, RI 02909**

Defendant's Mailing Address:
**Providence, RI 02909**

**September 14, 2006**
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

9/14/06
Date

Attest to
True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day, with no further term of supervised release.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on __.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 11-03-2006 to FCI McKean at Bradford PA 16701, with a certified copy of this judgment.

H.J. Marberry, Warden
UNITED STATES MARSHAL

By W Youngs, LT E.
Deputy United States Marshal